ACCEPTED
05-15-01249-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/13/2015 2:16:30 PM
LISA MATZ
CLERK

# PALMER ★ MANUEL

## A Texas Law Firm

**Board Certified in Civil Appellate Law**
**By the Texas Board of Legal Specialization**

**Member of the Bar, Texas and Florida**
JSandberg@pamlaw.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/13/2015 2:16:30 PM
LISA MATZ
Clerk

October 13, 2015

**VIA E-FILING**

Ms. Antonette Regor, Court Reporter
68th Judicial District Court
600 Commerce St., Texas 75201
Attention: Appellate Record

    Re:    *Branch Banking and Trust Company v. James C. Morris*
           Appellate Docket No. 05-15-01249-CV;
           Trial Court Cause No. DC-11-12220;

Dear Ms. Regor:

I am requesting that you prepare and file the Reporter's Record in the Fifth District Court of Appeals regarding this matter. Appellant is prepared to pay the fee when we are notified of the amount due. Please include all documents and exhibits offered by the parties at the following hearings and trial:

July 1, 2013 hearing

March 9, 2015 hearing

April 21, 205 jury trial

October 5, 2015 hearing

Thank you for your assistance.

           Sincerely,

           /s/ Jeffrey R. Sandberg
           Jeffrey R. Sandberg
           Direct: (214) 242-6454
           jsandberg@pamlaw.com

Palmer & Manuel, LLP

Campbell Centre I ★ 8350 N. Central Expressway, Suite 1111 ★ Dallas, Texas 75206 ★ P: (214) 242-6444 ★ F: (214) 265-1950 ★ www.pamlaw.com

JRS

cc via e-filing and facsimile:      Tim Woods, Esq.
cc via e-filing:                    Clerk, Fifth District Court of Appeals

I:\15035\Appeal\Clerk.Request for Reporter's Record.151013.doc

Palmer & Manuel, LLP

Campbell Centre I  ★  8350 N. Central Expressway, Suite 1111  ★  Dallas, Texas 75206  ★  P: (214) 242-6444  ★  F: (214) 265-1950  ★  www.pamlaw.com